MARIE JOHNSEN, as Administratrix, etc., of ALGOT JOHNSEN, Deceased, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., and Others, Defendants, Impleaded with SIMON WEINER, Appellant.— Order so far as appealed from denying motion

of defendant, appellant, for a bill of particulars as to items 2, 4, 5 and 6 of the notice of motion, and order denying reargument, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.